DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT POOLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2978

[February 26, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502020CF008105.

Vincent Poole, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KLINGENSMITH, JJ., concur.

\*    \*    \*

***Not final until disposition of timely-filed motion for rehearing.***